

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. WR-86,364-01 AND WR-86,364-02

### EX PARTE EDWARD LOUIS THOMAS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 1101865-A AND 1101866-A IN THE 176TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two aggravated assaults against public servants and sentenced to concurrent terms of forty and thirty-five years' imprisonment.

Applicant contends that his trial counsel provided ineffective assistance. After a review of the record, this Court has determined that Applicant's ineffective assistance of counsel claim regarding Applicant's punishment election lacks merit. Applicant's remaining claims, including

his claims regarding opinion testimony, testimony about grand jury proceedings, testimony about a police internal affairs investigation, testimony about whether the officers had ever discharged their weapons, testimony about stolen guns, and prosecutor argument outside the record, are filed and set for submission to determine whether Applicant was denied the effective assistance of counsel. The parties shall brief whether the complained of testimony was inadmissible, whether the complained of argument was improper, whether counsel was deficient in failing to object to or in eliciting the testimony and argument, and whether Applicant suffered resulting harm, including whether the cumulative effect from any deficient performance harmed Applicant. *See Strickland v. Washington*, 466 U.S. 668 (1984).

It appears that Applicant is represented by counsel. If that is not correct, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and desires to be represented by counsel, the trial court shall appoint an attorney to represent Applicant. TEX. CODE CRIM. PROC. art 26.04. The trial court shall send to this Court, within 60 days of the date of this order, a supplemental transcript containing: a confirmation that Applicant is represented by counsel; the order appointing counsel; or a statement that Applicant is not indigent. All briefs shall be filed with this Court within 120 days of the date of this order.

Filed: April 26, 2017
Do not publish